JULIUS F. CHLEMENS, Appellant, v. TURNER & BLANCHARD, INC., Respondent.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the April term (for which term this case is set down) and be ready for

argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Jaycox, Young and Kapper, JJ.